**Order filed May 14, 2013**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-13-00272-CV

———————

**BENJAMIN K. SANCHEZ, Appellant**

**V.**

**DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR SOUNDVIEW HOME LOAN TRUST 2006-OPT4, ASSET-BACKED CERTIFICATES, SERIES 2006-OPT4, HOMEWARD RESIDENTIAL, INC. F/K/A AMERICAN HOME MORTGAGE SERVICING, INC., AND REAL TIME RESOLUTIONS, INC., Appellees**

**On Appeal from the 157th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-06133**

## O R D E R

The notice of appeal in this case was filed March 28, 2013. To date, the filing fee of $175.00 has not been paid. No evidence that appellant has established

indigence has been filed. *See* Tex. R. App. P. 20.1. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $175.00 to the Clerk of this court on or before **May 29, 2013.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM